

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2020

No. 04-19-00661-CV

**STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS**,
Appellant

v.

Andrew Wayne **BOCK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19802
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Sitting:    Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

The court reporter's third request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on or before January 31, 2020. No further extensions will be granted absent extraordinary circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court